ELLIOTT ABRAMS, ESQ., Bar No. 094715
LAW OFFICES OF ELLIOTT ABRAMS
2033 North Main Street, Suite 750
Walnut Creek, California 94596-3774
(925) 947-1333
(925) 210-1224 Fax

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 12-42218 |
|---|---|
| JENNIFER LYNN ASIS, | Chapter 7 |
| Debtor. | NOTICE OF CHANGE OF ADDRESS |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that JENNIFER LYNN ASIS, debtor in the above-entitled case, has moved. Her new address is as follows:

> Jennifer Lynn Asis
> 3978 Mulberry Drive
> Concord, CA 94519

Dated: September 16, 2013          LAW OFFICES OF ELLIOTT ABRAMS

                                    By:   /s/ Elliott Abrams
                                          ELLIOTT ABRAMS
                                          Attorney for Debtors
                                          Jennifer Lynn Asis

- 1 -

NOTICE OF CHANGE OF ADDRESS         C:\Elliott\Client Files\Asis, Jennifer\Chapter 7\Notice of Change of Address.doc